UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

OHMER JACK ANDERSON,

    Plaintiff,

vs.

CASE NO: 00-6071 CIV-ZLOCH
MAGISTRATE: SELTZER

OSAGE SYSTEMS GROUP, INC.

    Defendant.
_____/

### NOTICE THAT ACTION IS AT ISSUE AND REQUEST THAT ACTION BE SET FOR TRIAL

**COMES NOW THE** Plaintiff, OHMER JACK ANDERSON, by and through his undersigned attorneys and pursuant to Rule 40.1 of the Local Rules of the United States District Court for the Southern District of Florida gives notice that this action is at issue.

Plaintiff requests that this action be set for non-jury trial. Jury trial has not been demanded by either party. It is expected that the trial of this action will take two (2) days.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 22nd day of February, 2000 to William E. Davis, Esquire, Buchanan Ingersoll, P.C., 2100 Nationsbank Tower, 100 Southeast Second Street, Miami, Florida 33131.

    Kelley, Herman & Smith
    Attorneys for Plaintiff
    1401 East Broward Blvd.
    Suite 206
    Ft. Lauderdale, Florida 33301
    (954) 462-7806

    _____
    JEFFREY G. SMITH

C:\TEXT\ANDERSON\ISSUE.NTC

1